IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVIE SMITH,                          No C-10-1352 VRW (PR)

        Plaintiff,

    v                                  ORDER OF DISMISSAL

ROBERT AYERS, et al,

        Defendant(s).
_____/

On March 30, 2010, plaintiff, a prisoner presently incarcerated at Corcoran State Prison and frequent litigant in federal court, filed a pro se civil rights complaint under 42 USC § 1983 alleging that various California prison officials violated his constitutional rights.  Doc #1.  The court notified plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official.  See 28 USC §

1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc #2.

Over forty days have elapsed since plaintiff was notified of his filing deficiency; however, he has neither provided the court with the requisite items nor filed a request for an extension of time to do so. The action, therefore, is DISMISSED without prejudice.

The clerk is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.10\Smith-10-1352-ifp-dismissal.wpd